UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR125-006 |
| | ) | |
| MEKEL BRAY | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Kathryn A. Brow Aho** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Kathryn A. Brow Aho** be granted leave of absence for the following periods: July 21, 2025 through July 28, 2025; October 6, 2025 through October 10, 2025; October 25, 2025 through October 29, 2025; December 4, 2025 through December 5, 2025; January 30, 2026; February 6, 2026; and April 6, 2026 through April 17, 2026.

**SO ORDERED**, this the 14th day of July, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA