UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:25-CR-6 |
| | ) | |
| MEKEL LAVERT BRAY | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on or about October 16, 2025, Mekel Lavert Bray (the "defendant") entered a plea of guilty to the offense charged in Count One of the above-captioned Indictment, charging a violation of 18 U.S.C. § 922(g)(1) (Doc. 42);

WHEREAS, on October 28, 2025, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the Taurus, Model: G3C, 9 mm caliber handgun, serial number ADC143337 (the "Subject Property") was property forfeitable to the United States (Doc. 44);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning October 30, 2025, through and including November 28, 2025 (Docs. 52 and 52-1 at 3), Notice of Forfeiture was filed on November 24, 2025 (Doc. 45); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired[1].

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and the Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

SO ORDERED this _14th_ day of April 2026.

_____
HONORABLE J. RANDAL HALL
JUDGE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] A Petition for Remission was filed with the Attorney General on November 29, 2025, by petitioner Kristi Mayo. Once assets have been forfeited, the authority to grant petitions for remission and distribute assets to owners, lienholders, or victims rests solely with the Attorney General and will be handled accordingly. *See* 28 U.S.C. § 524(c)(1)(E)(i) and 28 C.F.R. Part 9.